IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**THOMAS BITNER** and
**TOSHIA PARKER,**
individually and on behalf
of those similarly situated,

                Plaintiffs,                Case No: 13-CV-451

    vs.

**WYNDHAM VACATION RESORTS, INC.**
c/o Registered Agent for Service
Corporate Creations Network Inc.
4650 W. Spencer Street
Appleton, Wisconsin 54914


                Defendant.

**DECLARATION OF DAVID C. ZOELLER**

    I, David C. Zoeller, certify under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

    1.) I am one of the attorneys representing the Plaintiffs and putative classes in the above captioned matter.

    2.) Defendant primarily relies on *White v. Classic Dining Acquisition Corp.*, a decision characterizing the complaint at issue as the "epitome of formulaic recitations." No. 1:11-cv-712-JMS-MJD, 2012 WL 1252589, at *4 (S.D. Ind. Apr. 13, 2012). In *White,* the plaintiff failed to allege basic elements of an FLSA claim,

1

including that the defendants "have sales that reach the [$500,000.00] statutory threshold." *Id*. The plaintiff also failed to allege "when [and how] she and others were allegedly shorted [minimum wages]." *Id.* at *5-*6. A review of that complaint reveals that the only factual allegation made by the Plaintiff, in a class and collective action complaint, was that: "White, when adding her tips to the wages Classic Dining pays, does not make the federal statutory minimum wage."

    3.) Attached as Exhibit A is the Plaintiffs' First Amended Complaint.

    4.) Attached as Exhibit B is the Complaint in *White v. Classic Dining Acquisition Corp.*

    5.) Attached as Exhibit C are the following unpublished opinions:

*Nicholson v. UTI Worldwide*, No. 3:09-cv-722-JPG-DGW, 2010 WL 551551 (N.D. Ill. Feb. 12, 2010).

*Solis v. El Tequila, LLC and Aguirre,* No. 12-cv-588-JED-PJC, 2013 WL 3771413 (N.D. Okla. July 17, 2013).

*White v. Classic Dining Acquisition Corp.,* No. 1:11-cv-712-JMS-MJD, 2012 WL 1252589 (S.D. Ind. Apr. 13, 2012).

*Bailey v. Border Foods, Inc.,* No. 09-1230, 2009 WL 3248305 (D. Minn. Oct. 6, 2009).

*Sanchez v. Holtz Construction, Inc.,* No. 09-C-7531, 2012 WL 13514 (N.D. Ill. Jan. 4, 2012).

*McDonald v. Kellogg Co.,* No. 08-2473-JWL, 2009 WL 1125830, at *2 (D. Kan. Apr. 27, 2009).


Dated this 13th day of August, 2013

                                       by:    */s/ David C. Zoeller*
                                                     David C. Zoeller