IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**THOMAS BITNER,**
**TOSHIA PARKER**, and
**SAMANTHA STANGL,**
individually and on behalf
those similarly situated,

        Plaintiffs,

                                  Case No:  3:13-cv-00451-wmc

    vs.

**WYNDHAM VACATION RESORTS, INC.**,

        Defendant.

**PLAINTIFFS' BRIEF IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Fed. R. Civ. P. 56(a), Plaintiffs, Thomas Bitner, Toshia Parker, and Samantha Stangl, by their attorneys, Hawks Quindel S.C. and William E. Parsons, David C. Zoeller, and Caitlin Madden, and Nichols Kaster PLLP and Paul Lukas, Timothy C. Selander, and Adam W. Hansen, hereby move for partial summary judgment. The grounds for this motion are stated fully in Plaintiffs' brief in support of this motion.

Dated this 21st day of August, 2015.

                                    By:  */s/Adam W. Hansen*
                                    **NICHOLS KASTER, PLLP**
                                    Paul J. Lukas, MN Bar No. 22084X
                                    Email: lukas@nka.com
                                    Tim C. Selander, MN Bar No. 0387016

      Email: selander@nka.com
      Adam W. Hansen, MN Bar No. 0391704
      Email: ahansen@nka.com
      4600 IDS Center, 80 South 8th Street
      Minneapolis, MN  55402
      Telephone: (612) 256-3200
      Facsimile: (612) 215-6870


      **HAWKS QUINDEL, S.C.**
      William E. Parsons, State Bar No. 1048594
      Email: wparsons@hq-law.com
      David C. Zoeller, State Bar No. 1052017
      Email: dzoeller@hq-law.com
      Caitlin M. Madden, State Bar No. 1089238
      Email: cmadden@hq-law.com
      222 West Washington Avenue, Suite 450
      P.O. Box 2155
      Madison, Wisconsin 53701-2155
      Telephone: (608) 257-0040
      Facsimile: (608) 256-0236


      *Attorneys for Plaintiffs*